AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ Ditrict of _____

|  |  |
|---|---|
| SAMANTHA VASQUEZ, a California resident, CARLOS QUILES, a California resident <br> *Plaintiff(s)* <br> v. <br><br> LATHER, INC., a California corporation, and DOES 1-10 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Lather, Inc.
        76 North Fair Oaks Avenue
        Pasadena, CA 91103

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                         *CLERK OF COURT*

Date: _____                                    _____
                                                                           *Signature of Clerk or Deputy Clerk*