Christopher J. Hamner, Esq. (SBN 197117)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200-197
Calabasas, California 91302
chamner@hamnerlaw.com

Attorneys for Plaintiff SAMANTHA VASQUEZ, CARLOS QUILES

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFONIA

| | |
|---|---|
| SAMANTHA VASQUEZ, a California resident, CARLOS QUILES, a California resident<br><br>Plaintiff<br><br>v.<br><br>LATHER INC., a California corporation, and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-04408-CBM-JC<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>[Filed Concurrently with [Proposed] Order] |

Plaintiffs Samantha Vasquez and Carlos Quiles, and Defendant Lather Inc., jointly stipulation that this matter be dismissed in its entirety <u>with prejudice</u>.

DATED: January 20, 2021	**HAMNER LAW OFFICES, APLC**

	_____
	By: Christopher J. Hamner, Esq.
	Attorneys for Plaintiffs Samantha Vasquez and Carlos Quiles

DATED: January 20, 2021	**ROBINSON Di LANDO, APLC**

	_____
	By: Orion S. Robinson, Esq.
	Attorneys for Defendant Lather, Inc.