UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                     **JS-6**

| Case No. | CV 20-4408-CBM(JCx) | Date | JANUARY 21, 2021 |
|---|---|---|---|

| Title | Samantha Vasquez et al v. Lather, Inc., et al., |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, the stipulation to dismiss with prejudice is hereby granted.

IT IS SO ORDERED.

cc: all parties